No. 406, Misc.   SEMIDEY v. MCKENDRICK, WARDEN.
C. A. 2d Cir.   Certiorari denied.

No. 410, Misc.   BOLISH v. MARONEY, CORRECTIONAL
SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 413, Misc.   STONE v. OKLAHOMA.   Ct. Crim. App.
Okla.   Certiorari denied.

No. 414, Misc.   STONE v. OKLAHOMA.   Ct. Crim. App.
Okla.   Certiorari denied.

No. 415, Misc.   PENA v. BETO, CORRECTIONS DIRECTOR.
C. A. 5th Cir.   Certiorari denied.

No. 418, Misc.   PALMER v. LAVALLEE, WARDEN.   C. A.
2d Cir.   Certiorari denied.

No. 419, Misc.   BATES v. NEW YORK.   Ct. App. N. Y.
Certiorari denied.

No. 422, Misc.   STEDTNITZ v. UNITED STATES.   C. A.
9th Cir.   Certiorari denied. *Solicitor General Griswold,
Assistant Attorney General Wilson,* and *Philip R. Mona-
han* for the United States.

No. 433, Misc.   THOMPSON v. NEVADA.   Sup. Ct. Nev.
Certiorari denied. *James D. Santini* for petitioner.
*Addeliar D. Guy* for respondent.

No. 444, Misc.   DEVOE v. DUNCAN.   Sup. Ct. Fla.
Certiorari denied.